ADOLPH ECKSTEIN v. THOMAS H. COWLEY and Others.— Motion to dismiss appeal granted, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

GEORGE KEISER v. SARA I. MAGGIO, Impleaded, etc.— Motion to dismiss appeal granted, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

In the Matter of the Petition of FREDERICK P. CLOSE to Probate the Last Will and Testament of MARIE GORI, Deceased.— Motion to dismiss appeal granted, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

THE UNIQUE ILLUSTRATING COMPANY v. FRED G. SCOZZOFABA.— Motion to dismiss appeal denied. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

MAY FANNING v. BARNET PRINTZMAN.— Motion to dismiss appeal granted, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

PATRICK MALONEY v. PASQUAL VIOGORIRT and Others.— Motion to dismiss appeal granted, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

LIZZIE COHEN v. 1165 FULTON AVENUE CORPORATION and Others. CHARLES TISCH, INC., Appellant.— Motion to dismiss appeal granted, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

In the Matter of the Application of DAVISON CHEESE Co., INC., against THE DEPARTMENT OF HEALTH OF THE CITY OF NEW YORK.— Motion to dismiss appeal denied. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

BERKLEY SHOPS, INC., v. 162 WEST FIFTY-SIXTH STREET CORPORATION.— Application denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

JULES WALLACE & Co., INC., v. THOS. ROULSTON, INC. (Actions Nos. 1, 10, 11, 13, 14, 15, 16, 20, 21, 22, 23, 25, 30, 32, 34, 35, 36.) — Application denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

JOSEPH DUER v. UNION RAILWAY COMPANY OF NEW YORK CITY.— Application granted. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

JULIUS LUBARSKY and Another v. DAVE LEVINE and Another, Impleaded with LORILLARD REFRIGERATOR COMPANY OF NEW YORK and N. SOBEL, INC. (Actions I and II.) — Application denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.